**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PETER FRANK BORELLI,** : | |
| Petitioner : | |
| : | CIVIL ACTION NO. 3:14-1596 |
| v. : | |
| : | (Judge Mannion) |
| **LAWRENCE MAHALLY,** : | |
| Superintendent, | |
| : | |
| Respondent | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** the above captioned action to the United States District Court for the Eastern District of Pennsylvania.

2. This Court's August 15, 2014 Administrative Order (Doc. 3) requiring Petitioner to either pay the appropriate filing fee, or file this Court's in forma pauperis application is **VACATED**. Financial determinations shall be left to the transferee court.

3. The Clerk of Court shall **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 18, 2014**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1596-01-ORDER.wpd